389 A.2d 193

Commonwealth v. Fields, Appellant.

Submitted October 8, 1976. Andrea Commaker Levin, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six Judges who decided this case being equally divided, the judgment of sentence is affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.